JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual, | Case No.: 8:17-cv-2102-CJC-JDE |
| Plaintiff, | |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| TUSTIN RANCH TIRE & AUTO, a business of unknown form; HENRY KUMAGAI and JUDY KUMAGAI, Trustee of the Kumagai Family Trust dated 5/11/2010; and DOES 1-10, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") and Henry Kumagai, Judy Kumagai and Tustin Ranch Tire And Auto ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

IT IS SO ORDERED.

DATED: 2/14/2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE